**Karen Y. KIRBY, Plaintiff–Appellant,**

v.

**Edmund G. BROWN, Jr. and California Department of Corrections and Rehabilitation, Defendants–Appellees.**

No. 13–15281.

United States Court of Appeals, Ninth Circuit.

Submitted June 17, 2013.*

Filed June 19, 2013.

Karen Y. Kirby, Aptos, CA, pro se.

Matthew W. Kubicek, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: HAWKINS, GOULD and WATFORD, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Plaintiff Karen Kirby appeals pro se the district court's denial of her request for preliminary injunctive relief. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council,* 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l,* 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.